DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL OGRODNICK,**
Appellant,

v.

**MICHELLE OGRODNICK,**
Appellee.

No. 4D21-2938

[October 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502019DR008171XXXXNB.

Troy W. Klein of Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***